WILLIAM GODDARD, Appellant, *v.* ROBERT C. TRENBATH, Respondent.

(Submitted June 14, 1881 ; decided June 21, 1881.)

*William H. Mundy* for appellant.

*Edwin M. Wight* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.